UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

LILLIE EDMOND,

    Plaintiff,

    v.                                Case No. 13-12354
                                      HON. TERRENCE G. BERG
MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC., et al.,

    Defendants.
_____/

## ORDER OF DISMISSAL

Plaintiff Lillie Edmond brought this pro se action in state court in order to invalidate the mortgage on her home. Defendants removed the case to federal court and subsequently moved to dismiss the complaint. In response, Plaintiff requested leave to amend the complaint.

On July 11, 2013, the Court entered an Order giving Plaintiff an additional 21 days—until August 1, 2013—to file an amended complaint, and a copy of that Order was mailed to Plaintiff at the address provided in her pleadings. On August 7, 2012, the Court received notice that its July 11, 2013 Order had been returned in the mail as undeliverable.[1] On August 8, 2013, the Court entered an Order citing Eastern District of Michigan Local Rule 11.2 (requiring parties to promptly notify the Court of any change in address), and directing Plaintiff to show cause why the

---

[1] The returned envelope bears the following, handwritten notation: "Please don't Send Back | Move from this [covered by mailing label, appears to read "address"]."

case should not be dismissed for failure to prosecute.[2]  That Order granted Plaintiff a second 21-day period—until August 29, 2013—to provide the Court with notice of her new address and to file any amended complaint.

As of today's date, September 3, 2013, Plaintiff has not provided any updated contact information to the Court, as ordered, and has not filed an amended complaint.  Accordingly, Plaintiff's case must be **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

**SO ORDERED**.


Dated:  September 4, 2013                s/Terrence G. Berg
                                         TERRENCE G. BERG
                                         UNITED STATES DISTRICT JUDGE


## Certificate of Service

I hereby certify that this Order was electronically submitted on September 4, 2013, using the CM/ECF system; a copy of this Order was also mailed to Plaintiff at her last known address, 18054 Prest, Detroit, MI 48235.

                                         s/A. Chubb
                                         Case Manager

---

[2] A copy of the Court's August 8, 2013 Order was sent to Plaintiff's last known address, 18054 Prest, Detroit, MI 48235, clearly marked with the following notation:  "IMPORTANT DOCUMENT – PLEASE FORWARD."